**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6996**

CHRISTOPHER M. OXENDINE-BEY,

            Plaintiff - Appellant,

        v.

JOHN HINSON; JOHN BODY; JOHN GRAY; JANE WILLIAMS; JOHN
DANIELS; JOHN HAIRING; JOHN STOCK; JOHN MOYER; JOHN
SINGLETON; JANE HART; JOHN LENNON,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge. (5:15-ct-03001-F)

Submitted:  November 17, 2015      Decided:  November 19, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher M. Oxendine-Bey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher M. Oxendine-Bey appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) action without prejudice under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court.* Oxendine-Bey v. Hinson, No. 5:15-ct-03001-F (E.D.N.C. May 11 & June 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* Insofar as Oxendine-Bey's complaint could be construed as raising a "failure to protect" claim unrelated to his excessive force claim, we conclude this claim also would be subject to dismissal. See Danser v. Stansbury, 772 F.3d 340, 346-47 (4th Cir. 2014).